UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHANG HANG XU,

      Plaintiff,

    v.

AJI SUSHI INC., et al.,

      Defendants.
------------------------------------------------------------- X

Case. No. 09 Civ. 9728 (NRB)(HBP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/10
```

## (PROPOSED) ORDER

This matter coming before the Court on the Parties' *Joint Motion for Approval of Settlement Agreement and Dismissal of Complaint with Prejudice*, it is hereby ORDERED:

1. The Court, having reviewed the Parties' *Confidential Settlement Agreement and General Release in camera* and finding the same to be a knowing and voluntary resolution to a *bona fide* dispute, approves the settlement, release and discharge of any and all claims and liabilities Plaintiff may have against Defendants, including those arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* and the Family and Medical Leave Act; and

2. The Court dismisses this action in its entirety with prejudice, each party to bear its own costs.

Dated: May 5, 2010

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD

\11233377.1